SUE CAMPBELL
Attorney at Law, State Bar Number 98728
1155 North First Street, Suite 101
San Jose, California 95112
Phone: (408) 277-0648
Fax:   (408) 938-1035

Attorney for Plaintiffs

**E-filed 11/16/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND AND COMMUNICATIONS EMPLOYEE BENEFIT TRUST FUNDS; DOUG LUNG AND BOB TRAGNI AS TRUSTEES OF THE NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND AND COMMUNICATIONS DISTRICT NO. 9 HEALTH AND WELFARE TRUST FUND,

Plaintiffs,

vs.

ENGLEHART ELECTRIC COMPANY, INC., a California Corporation,

Defendant.

CASE NO.: C05 01360 JF RS

REQUEST FOR DISMISSAL OF ENTIRE ACTION

Comes now the Plaintiffs NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND AND COMMUNICATIONS EMPLOYEE BENEFIT TRUST FUNDS; DOUG LUNG AND BOB TRAGNI AS TRUSTEES OF THE NORTHERN CALIFORNIA-NORTHERN NEVADA SOUND AND COMMUNICATIONS DISTRICT NO. 9 HEALTH AND WELFARE TRUST FUND in the above-entitled action and hereby dismiss the entire action without prejudice as to every party.

No answer has been filed in this matter. The defendant has paid all monies requested in the complaint for January and February 2005, and reduced liquidated damages. This dismissal specifically does not waive the right of the Trust Funds to audit the employer for the above time

1

1  period, or any other time period, and to collect any additional monies found to be delinquent as
2  a result of an audit through a subsequent legal action.

4  Dated:   November 8, 2005

                                    _____
                                    SUE CAMPBELL
                                    Attorney for Plaintiffs

It is so ordered.

DATED: 11-16 05

                                    _____
                                    Hon. Jeremy Fogel
                                    U.S. District Judge

2

REQUEST FOR DISMISSAL

**PROOF OF SERVICE BY MAIL**

I, the undersigned, say:

That I am now and at all times herein mentioned a citizen of the United States, over the age of eighteen years, a resident of Santa Clara County, California, and not a party to the within action or cause; that my business address is 1155 North First Street, Suite 101, San Jose, California; that I served a copy of the attached REQUEST FOR DISMISSAL OF ENTIRE ACTION by placing said copy in an envelope addressed to

ENGLEHART ELECTRIC COMPANY, INC.,
a California Corporation
1313 Laurel Street, Suite 114
San Carlos, CA 94070

which envelope was then sealed and, with postage fully prepaid thereon, was on November ___, 2005, deposited in the United States mail at San Jose, California; that there is delivery service by United States mail at the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 9, 2005, at San Jose, California.

CHRISTINE DELGADILLO

3

REQUEST FOR DISMISSAL